AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Feb 09, 2026**

SEAN F. McAVOY, CLERK

| | |
|---|---|
| JENNIFER JAYLEE <br> *Plaintiff* <br> v. <br> STATE OF WASHINGTON, DEPARTMENT OF CORRECTIONS, KATRINA SUCKOW and JANE AND JOHN DOES 1-10 <br> *Defendant* | Civil Action No. 4:25-cv-05127-MKD |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Motion to Voluntarily Dismiss Complaint is GRANTED. The Complaint is DISMISSED WITHOUT PREJUDICE.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   MARY K. DIMKE

Date:  2/9/2026

*CLERK OF COURT*

s/Sean F. McAvoy
*Signature of Clerk*